UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDEEP SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>UR M. JADDOU, et al,<br><br>  Defendants. | No.  2:24-cv-01872 DJC AC<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro se and paid the filing fee. ECF No. 1. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On August 14, 2024, defendants filed a motion to dismiss (ECF No. 7), set to be heard on the papers on October 9, 2024. ECF No. 10. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was August 28, 2024. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this

////

order.  If plaintiff fails to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

    IT IS SO ORDRED.

DATED: October 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE