UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDEEP SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UR M. JADDOU, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-1872 DJC AC PS<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 4, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Having considered the factors described in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) the Court finds that dismissal is appropriate.

////

Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 4, 2024, are adopted in full; and

    2. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.

    3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 9, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE